No. 1235, Misc.  STURM v. CALIFORNIA ADULT AUTHORITY ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 1237, Misc.  ROBERTS v. UNITED CALIFORNIA BANK ET AL.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for respondent United States.

No. 1253, Misc.  SYKES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for the United States.

No. 1256, Misc.  SCHACK v. HOOVER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION.  C. A. D. C. Cir.  Certiorari denied.

No. 1264, Misc.  KNOLL ET AL. v. SOCONY MOBIL OIL Co., INC., ET AL.  C. A. 10th Cir.  Certiorari denied.  *Robert H. Reiter* for petitioners.  *Emmet A. Blaes* for respondents Jones et al.

No. 1268, Misc.  DEATON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for the United States.

No. 1301, Misc.  WILLIAMS v. DONOVAN, DEPUTY COMMISSIONER, DEPARTMENT OF LABOR, ET AL.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for respondent Donovan.

No. 1327, Misc.  GAITO v. STRAUSS ET AL.  C. A. 3d Cir.  Certiorari denied.  Petitioner *pro se.  Maurice Louik* and *Francis A. Barry* for respondents.